**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 28 WAL 2020

         Respondent             :

                                   :   Petition for Allowance of Appeal
                                   :   from the Order of the Superior Court

         v.                        :

                                     :

SANTOS D. TORRES-OLAN,           :

                                     :

         Petitioner              :

## ORDER

**PER CURIAM**

       **AND NOW**, this 13th day of July, 2020, the Petition for Allowance of Appeal is **DENIED**.